ROSIE SCHMEDES, Appellant, *v.* LOUIS P. DEFFAA, Respondent.

HENRY R. SCHMEDES, Appellant, *v.* LOUIS P. DEFFAA, Respondent.

*Schmedes* v. *Deffaa*, 153 App. Div. 819 (2 cases), reversed.
(Argued March 8, 1915; decided March 23, 1915.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court

in the first judicial department, entered January 3, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The first action was brought to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. The second to recover for loss of services.

*Charles Goldzier* for appellant.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for respondent.

Judgment in each case reversed on the dissenting opinion of MILLER, J., below, and new trial granted, costs to abide event.

Concur: WILLARD BARTLETT, Ch. J., CHASE, CUDDEBACK, HOGAN and SEABURY, JJ. Dissenting: HISCOCK, J. Not sitting: MILLER, J.